

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00018-CR

---

THOMAS ISSAC SEATON                                                    APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1402730D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Thomas Issac Seaton attempts to appeal from a judgment convicting him of possession of between one and four grams of methamphetamine. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On January 15, 2016, we notified Seaton that the appeal would be

---

[1]*See* Tex. R. App. P. 47.4.

dismissed pursuant to the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before January 25, 2016, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. Seaton filed a response, but it does not show grounds for continuing the appeal. Therefore, in accordance with the trial court's certification, we dismiss the appeal.[2] *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, GABRIEL, and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: February 11, 2016

---

[2]We deny Seaton's request to transfer this cause to another county.